| No | IP | Port | Hit Date UTC | File Name | File Hash | ISP | Region | City |
|---|---|---|---|---|---|---|---|---|
| 1 | 71.68.4.248 | 27404 | 2017-06-05 13:57:43 | A.Family.Man.2016.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 66142306B49AA8486978898BA51B7273A3B85327 | Time Warner Cable | North Carolina | Gastonia |
| 2 | 75.176.12.151 | 21011 | 2017-06-05 14:37:28 | A.Family.Man.2016.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 66142306B49AA8486978898BA51B7273A3B85327 | Time Warner Cable | North Carolina | Charlotte |
| 3 | 71.71.233.193 | 53204 | 2017-06-05 17:33:30 | A.Family.Man.2016.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 66142306B49AA8486978898BA51B7273A3B85327 | Time Warner Cable | North Carolina | Gastonia |
| 4 | 71.68.21.221 | 20499 | 2017-06-05 19:33:22 | A.Family.Man.2016.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 66142306B49AA8486978898BA51B7273A3B85327 | Time Warner Cable | North Carolina | Gastonia |
| 5 | 104.139.81.127 | 58427 | 2017-06-06 05:33:19 | A.Family.Man.2016.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 66142306B49AA8486978898BA51B7273A3B85327 | Time Warner Cable | North Carolina | Charlotte |
| 6 | 75.176.63.60 | 57276 | 2017-06-07 07:37:31 | A.Family.Man.2016.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 66142306B49AA8486978898BA51B7273A3B85327 | Time Warner Cable | North Carolina | Charlotte |
| 7 | 75.190.84.33 | 64103 | 2017-06-07 23:34:52 | A.Family.Man.2016.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 66142306B49AA8486978898BA51B7273A3B85327 | Time Warner Cable | North Carolina | Statesville |
| 8 | 24.171.179.35 | 6162 | 2017-06-10 00:03:05 | A.Family.Man.2016.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 66142306B49AA8486978898BA51B7273A3B85327 | Time Warner Cable | North Carolina | Charlotte |
| 9 | 172.72.206.9 | 61809 | 2017-06-10 18:30:47 | A.Family.Man.2016.1080p.WEB-DL.DD5.1.H264-FGT | SHA1: 66142306B49AA8486978898BA51B7273A3B85327 | Time Warner Cable | North Carolina | Charlotte |

EXHIBIT 1, HEADHUNTER, LLC V. DOES 1-9, WDNC, 3:17-CV-342