IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Headhunter, LLC., | ) |
| Plaintiff, | ) |
| v. | ) 3:17-CV-342-RJC-DSC |
| Does 1-9, | ) |
| Defendants. | ) |

## MOTION TO EXTEND TIME TO SERVE DEFENDANTS

Plaintiff, Headhunter, LLC, by counsel and pursuant to FED.R.CIV.P. 4(m) and 6, respectfully moves the Court for an order extending the time for Plaintiff to serve Defendants. For its Motion, Plaintiff shows the Court the following:

1. The time in which to serve the Complaint has not expired.

2. Plaintiff has not previously obtained an extension of time to serve the Complaint.

3. On July 6, 2017, this Court issued an Order [D.E. 8] authorizing Plaintiff to issue a subpoena for early discovery.

4. On July 7, 2017, the subpoena was served on the registered agent for Time

Warner Cable ("TWC").

5. On or before September 5, 2017, Plaintiff received the requested information from TWC.

6. On September 11, 2017, Plaintiff contacted each subscriber identified by their IP Address by first class mail to inform them of the action and to provide an opportunity to settle.

7. Plaintiff is hopeful that it may settle the dispute with several the defendants if provided additional time.

WHEREFORE, Plaintiff, Headhunter, LLC, respectfully prays that the Court extend the time for which they can serve the Complaint to and including December 23, 2017, and order all other just and proper relief.

Dated this 21st day of September, 2017.

By: /s/ Kathleen M. Lynch
Kathleen Maher Lynch
NC State Bar No. 37429
Lynch Van Sickle, PLLC
201 Shannon Oaks Circle, Suite 200
Cary, NC 27511
(919) 469-5685
kml@lynchvansickle.com
*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of September, 2017, she electronically filed the foregoing "**MOTION TO EXTEND TIME TO SERVE DEFENDANTS**" with the Clerk of the Court using the CM/ECF system which will electronically send notification of such filing of such filing to all counsel of record or interested parties via the CM/ECF system.

/s/Kathleen M. Lynch
Kathleen Maher Lynch
NC State Bar No. 37429
Lynch Van Sickle, PLLC
201 Shannon Oaks Circle, Suite 200
Cary, North Carolina 27511
(919) 469-5685
kml@lynchvansickle.com

*Attorneys for Plaintiff*